Dylan Cowdrey #58101-298
Name and Prisoner/Booking Number

U.S. Penitentiary Tucson
Place of Confinement

PO Box 24550
Mailing Address

Tucson AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ____ LODGED
____ RECEIVED ____ COPY

APR 20 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Dylan Cowdrey
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Officer Ivey
(Full Name of Defendant)

(2) SIS Galleon

(3) Officer Huffstatler

(4) Federal Bureau of Prisons

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CV 18-0209 TUC FRZ PSOT

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

**A.  JURISDICTION**

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Tucson U.S. Penitentiary

Revised 3/11/16

1

**550/555**

# Parties

Defendants:

(5) Dr. Mistifer
(6) CTS Greene
(7) CTS Lee
(8) CTS Evans
(9) J.T. Shartle
(10) R. Rhodes

## B. DEFENDANTS

1. Name of first Defendant: __Officer Ivey__. The first Defendant is employed as: __Officer__ (Position and Title) at __USP Tucson__ (Institution).

2. Name of second Defendant: __Officer Galleon__. The second Defendant is employed as: as: __SIS Dept- Staff__ (Position and Title) at __USP Tucson__ (Institution).

3. Name of third Defendant: __Officer Hoffstetler__. The third Defendant is employed as: __Recreation Specialist__ (Position and Title) at __USP Tucson__ (Institution).

4. Name of fourth Defendant: __Federal Bureau of Prisons__. The fourth Defendant is employed as: __Custodian__ (Position and Title) at __USP Tucson__ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

### D. CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Violation of the 8th Amendment</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>Mental Health Care</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

<u>Plaintiff suffers from Gender Dysphoria as defined by the DSM-V. Defendant Federal Bureau of Prisons continuously denies plaintiff (1) an ID card indicating female pat search only and to generally identify plaintiff as transgender to all staff (2) Care Level 3 per PS 5310.16 (3) access to makeup, female hygiene and clothing items (4) hormone therapy (5) the option of sex reassignment surgery (6) housing and shower accommodations.</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
<u>Mental and Emotional Anguish, Compulsion to self-mutilate genitalia</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Staff refused access to the forms and threatened me with retaliation.</u>

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: Violation of the 8th Amendment and 1st Amendment.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☒ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

All facts of Count I are reincorporated here. During plaintiff's incarceration at USP Tucson she has been harrassed by defendants Galeon, Ivey and Huffstatler who generally harrass transgender inmates, issue bogus incident reports, place inmates in SHU or threaten the same, deny access to recreation goods, programs and services, label transgender inmates snitches with heterosexual inmates, use inmates to monitor and harrass trans inmates. Plaintiff was additionally assaulted in SHU by BOP staff. The BOP condones the culture of retaliation and abuse at USP Tucson. Following my complaint in my treatment community defendants Mishfer, Lee, Greene and Evans threatened me and my jailhouse lawyer with expulsion from the Challenge Program if we pursued litigation or grievances. Mishfer voiced that the plan was to expel and transfer the jailhouse lawyer because myself and others would lack the knowledge and experience to presecute our claims. Defendant Wardens Shartle and Rhodes verbally endorsed the divide and conquer retaliation plan.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Mental and Emotional anguish, suicidal attempts and ideation, anxiety.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Staff refused to provide the forms and threatened me with retaliation.

4

**COUNT III**

1. State the constitutional or other federal civil right that was violated: __N|A__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities    ☐ Mail       ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property   ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1. Compensatory and Punitive damages in an amount to be determined by a jury;
2. Injunction compelling access to hormone therapy, makeup, female clothing, transgender ID, and enjoining retaliation as identified in Count II.
3. Costs and Fees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-17-18
DATE

[Signature]
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.